# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAMAR RICHARDSON,

Defendant.

Case No.  2:26-cr-00038-JVS-1

ORDER OF DETENTION

On February 12, 2026, Defendant Lamar Richardson made his initial appearance on the Complaint in this matter. The Office of the Federal Public Defender, and DFPD Mara Gonzalez Souto, was appointed to represent Mr. Richardson. After a contested detention hearing, the Court ordered Mr. Richardson detained.

The Court makes the following findings:

☒   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

Mr. Richardson is a long-time resident of this District. He has a partner who is serve as a surety and was, indeed, willing to post property as bond. The Pretrial Services Report indicates that Mr. Richardson had lived at his residence for only six months; Mr. Richardson disputes that fact, however, and says that he has lived at his house for six years. Either way, it appears Mr. Richardson has deep ties to this District. Of significance, Mr. Richardson was on bond in this case and was faithfully making his court appearances for the three months he was on bond. If the only

concern were non-appearance, the Court would be favorable inclined to consider conditions that could mitigate his risk to the community.

As to danger to the community:

Mr. Richardson has an extensive history of interactions with the criminal legal system. While many of his most serious offenses are stale, they reflect a long history of drug-related offenses, along with convictions for assault and other crimes that appear to involve violation. The agent who arrested Mr. Richardson was called to the scene based on reports of a shooting, and Mr. Richardson was identified as a suspect. That, paired with the drugs and gun allegedly found in his car at the time of his arrest, persuade the Court that there are no combination of conditions that can protect the community.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 12, 2026

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

3